

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00347-CR

The **STATE** of Texas,
Appellant

v.

Victor Manuel **SCHUNIOR**, Jr.,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2013-CRM-00371-D1
The Honorable Joe Lopez, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's order dismissing the indictment against appellee Victor Manuel Schunior, Jr. is AFFIRMED.

SIGNED April 22, 2015.

_____
Rebeca C. Martinez, Justice